[No. 5800–6–II.  Division Two.  March 23, 1983.]

BLOCK BROTHERS CONTRACTORS, LTD., *Appellant,* v.
FRANK R. SENNEWALD, ET AL, *Respondents.*

WALLACE & WHEELER, INC., *Appellant,* v. FRANK
R. SENNEWALD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 858880, James D. McCutcheon, Jr., J., entered
May 7, 1981. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5500–7–II.  Division Two.  March 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MIGUEL
VARGAS MAGANA, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. CR 80–6002, Dale M. Nordquist, J., entered
April 11, 1981. *Affirmed* by unpublished opinion per
Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 4918–3–III.  Division Three.  March 24, 1983.]

*In the Matter of the Marriage of* BARBARA K.
DESHAZER, *Appellant, and* CHARLES V.
DESHAZER, *Respondent.*

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 20488, W. R. Cole, J., entered December
14, 1981. *Reversed* and *remanded* by unpublished per
curiam opinion.